United States District Court for the **Western** District of **Kentucky**

Marilyn M. Gardner
1265 Chestnut St
Bowling Green, KY 42101

**Plaintiff,**

vs.

CASE NO. Civil Action No. 1:11-cv-79-DJH-LLK

Western Kentucky University, et al.
1906 College Heights Blvd
Bowling Green, KY 42101

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that **Marilyn M. Gardner**, hereby appeal (here name all parties taking the appeal) to the United States Court of Appeals for the Sixth Circuit from **the final judgment** (the final judgment) (from an order (describing it)) entered in this action on the **9th** day of **September**, **2015**.

(s) [signature]

Address: 1265 Chestnut St
Bowling Green, KY 42101
marilyn.gardner@wku.edu

Attorney for _____

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99