UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

MARILYN M. GARDNER,                                                                                       Plaintiff,

v.                                                                            Civil Action No. 1:11-cv-79-DJH-LLK

WESTERN KENTUCKY UNIVERSITY,
et al.,                                                                                                  Defendants.

\* \* \* \* \*

### ORDER

In accordance with the Sixth Circuit's decision of July 5, 2016 (Docket No. 41) and the Mandate issued July 28, 2016 (D.N. 42), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.